# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GIROD TITLING TRUST, THROUGH
ITS TRUSTEE, OAT TRUSTEE,
LLC

VERSUS

PITTMAN ASSETS, L.L.C.,
SHADRACK ENTERPRISES,
L.L.C., MICHAEL N. PITTMAN,
AMY SCHOULTZ PITTMAN, MARCUS
L. PITTMAN III, JANET
LATTANZI PITTMAN

NO.  2024 CW 0379

**APRIL 29, 2024**

---

In Re:   Girod Titling Trust, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 2024-10665.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT